**United States District Court**
For the Northern District of California

1
2
3                    UNITED STATES DISTRICT COURT
4                   NORTHERN DISTRICT OF CALIFORNIA
5
6
7   JERRIE JONES,
8                Plaintiff,              No. C 09-0120 PJH (PR)
9       vs.                             **ORDER OF DISMISSAL**
10  SAN FRANCISCO CITY AND COUNTY
    SHERIFFS DEPARTMENT,
11
                 Defendant.
12  _____/
13          This pro se civil rights action was filed on January 9, 2009.  On that same day the
14  court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was
15  deficient because he had not completed page five of the form, the "Certificate of Funds in
16  Inmate Account," and had not provided the printout of transactions in his inmate account
17  required by 28 U.S.C. § 1915(a)(2).  A copy of the court's form for applications to proceed
18  in forma pauperis was provided with the notice, along with a return envelope.  Plaintiff was
19  informed that if he did not either pay the fee or remedy the deficiencies of his IFP
20  application within thirty days the case would be dismissed.
21          No response has been received.  This case is therefore **DISMISSED** without
22  prejudice.  The clerk shall close this file.
23          **IT IS SO ORDERED.**
24  Dated:  March __12____, 2009.        _____
25                                              PHYLLIS J. HAMILTON
                                            United States District Judge
26
27  G:\PRO-SE\PJH\CR.09\JONES0120.DSM-IFP.wpd
28